**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

CEDRIC DENT,

    *Plaintiff*,

v.

JASON WILLIAMS, in his official capacity
as Orleans Parish District Attorney, and ABC
INSURANCE COMPANIES 1-10,

    *Defendants*.

Civil Action No. 23-03104

Section P
Judge Darrel James Papillion

Division 4
Magistrate Judge Karen Wells Roby

<u>**NOTICE OF SUBMISSION**</u>

    PLEASE TAKE NOTICE that Defendant Jason R. Williams, in his official capacity as Orleans Parish District Attorney, through undersigned counsel, has filed a Motion to Dismiss for Failure to State a Claim, seeking dismissal of Plaintiff Cedric Dent's claim pursuant to Federal Rule of Civil Procedure 12(b)(6). This motion will be submitted for decision on November 15, 2023, at 10:00 a.m., or as soon thereafter as the Court's docket permits, before the Honorable Darrel James Papillion, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

 */s/ Matthew J. Paul*
W. Raley Alford, III, 27354
Matthew J. Paul, 37004
STANLEY REUTER THORNTON ALFORD LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile:  (504) 524-0069
wra@stanleyreuter.com
mjp@stanleyreuter.com

*Counsel for Jason R. Williams (in his*
*official capacity as Orleans Parish*
*District Attorney)*