**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CEDRIC DENT, | Civil Action No. 23-03104 |
| *Plaintiff*, | |
| | Section P |
| v. | Judge Darrel James Papillion |
| | |
| JASON WILLIAMS, in his official capacity as Orleans Parish District Attorney, and ABC INSURANCE COMPANIES 1-10, | Division 4 Magistrate Judge Karen Wells Roby |
| *Defendants*. | |

**UNOPPOSED MOTION FOR EXTENSION OF SUBMISSION**
**DATE FOR MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Jason R. Williams, in his official capacity as Orleans Parish District Attorney, through undersigned counsel, respectfully moves for a one-week extension of the submission date for his Motion to Dismiss for Failure to State a Claim, Doc. No. 11. That motion is currently set for submission on November 15, 2023. Counsel for Mr. Williams wishes to file a reply to the opposition memorandum filed by Plaintiff Cedric Dent, Doc. No. 13. However, due to deadlines and commitments in other matters, additional time is needed to prepare a reply. Counsel for Mr. Dent has been contacted and does not oppose this request. Accordingly, OPDA requests that the submission date be continued to November 22, 2023.

2

Respectfully submitted,

 /s/ Matthew J. Paul
W. Raley Alford, III, 27354
Matthew J. Paul, 37004
STANLEY REUTER THORNTON ALFORD LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile:  (504) 524-0069
wra@stanleyreuter.com
mjp@stanleyreuter.com

*Counsel for Jason R. Williams (in his official capacity as Orleans Parish District Attorney)*

2