**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

CEDRIC DENT,

     *Plaintiff*,

v.

JASON WILLIAMS, in his official capacity
as Orleans Parish District Attorney, and ABC
INSURANCE COMPANIES 1-10,

     *Defendants*.

Civil Action No. 23-03104

Section P
Judge Darrel James Papillion

Division 4
Magistrate Judge Karen Wells Roby

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss, filed by Jason R. Williams, in his official capacity as Orleans Parish District Attorney (R. Doc. 18); **IT IS HEREBY ORDERED** that the motion is **GRANTED**, and that the Reply Memorandum in Support of Motion to Dismiss shall be filed into the record.

New Orleans, Louisiana, this 24th day of November 2023

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE